[No. 16572-4-II.   Division Two.   July 11, 1995.]

*In re the Marriage of* LARRY E. PALMER, *Petitioner,* v.
LAURI D. PALMER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-3-04917-8, Brian M. Tollefson, J., entered
October 23, 1992. *Reversed* by unpublished opinion per Al-
exander, J. Pro Tem., concurred in by Houghton, A.C.J.,
and Morgan, J.

[No. 16679-8-II.   Division Two.   July 11, 1995.]

*In re the Marriage of* CATHI PETERSON, *Respondent,* v.
DEAN PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83-1-03046-3, J. Kelley Arnold, J., entered
November 6, 1992. *Affirmed* by unpublished opinion per
Houghton, A.C.J., concurred in by Bridgewater, J., and Al-
exander, J. Pro Tem.

[No. 16963-1-II.   Division Two.   July 11, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. JODY LEE
LAPINSKI, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-1-00628-3, Don L. McCulloch, J.,
entered March 3, 1993. *Affirmed* by unpublished opinion
per Alexander, J. Pro Tem., concurred in by Houghton,
A.C.J., and Morgan, J.